IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

TREVOR WILSON and DARLENE WILSON,
Individually and as Representatives of Jaley
Wilson, a Minor,
        Plaintiffs,

-vs-                                                Case No. A-11-CA-221-SS

UNITED STATES OF AMERICA and ACTUS
LEND LEASE d/b/a Ft. Hood Family Housing,
LLP,
        Defendants.

### ORDER

BE IT REMEMBERED on this day the Court reviewed the file in the above-styled cause, and specifically the notice of the United States filed on August 16, 2011 [#25], and thereafter, enters the following:

IT IS ORDERED that the plaintiffs Wilsons and Fort Hood Family Housing, LLP, file a response to said notice within eleven (11) days of the date of this order.

SIGNED this the 22nd day of August 2011.

                                                    Sam Sparks
                                            UNITED STATES DISTRICT JUDGE